**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SHERMEKE PERKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:11-cv-00442 |
| | § | |
| PROMOWORKS, L.L.C., | § | |
| | § | |
| Defendant. | § | |

**EXHIBITS TO DEFENDANT'S
BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| A | Original Petition |
| B | Amended Complaint |
| C | Answer and Additional Defenses |
| D | Declaration of Frank Colosi |
| E | Declaration of Michael Kent |
| F | Declaration of Jon Bos |
| G | Shermeke Perkins Deposition Excerpts |
| H | Declaration of Joseph Szala |
| I | Declaration of Denise Decker |
| J | Selected Employment Policies and Plaintiff's Acknowledgement of Receipt |
| K | 8/23/07 Letter |
| L | Declaration of Karen Paul |
| M | List of Layoffs |
| N | Salary Documents |

95631285.1

| | |
|---|---|
| O | 8/8/08 Complaint |
| P | August 2008 List of Complaints |
| Q | 9/8/08 Complaint and 9/5/08 Performance Review |
| R | 12/1/08 Job Elimination Document |
| S | 4/17/09 Complaint and Follow-Up Emails |
| T | Bonus Recalculation |
| U | Bonus Payouts 2007-2009 |
| V | August 2008 Bonus Goal Document |
| W | Final Bonus Goal Document |
| X | Investigation Summary |
| Y | Termination Letter |
| Z | 7/24/09 Complaint |
| AA | 8/7/09 Response |
| BB | EEOC Charge |
| CC | Jennings Letter |
| DD | 5/21/09 Emails |
| EE | Frank Colosi Deposition Excerpts |
| FF | Plaintiff's 2004 Resume and Application |
| GG | Unreported Cases (in alphabetical order) |