IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHERMEKE PERKINS, | § |
| | § |
| Plaintiff | § |
| | § |
| v. | § CIVIL ACTION NO. H-11-442 |
| | § |
| PROMOWORKS, L.L.C., | § |
| | § |
| Defendant. | § |

### FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on December **13**, 2012, it is hereby **ADJUDGED** that Plaintiff takes nothing against Defendant.

All relief not granted herein is **DENIED**. Defendant is awarded its costs.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this judgment to all counsel.

**SIGNED** this **13th** day of December, 2012, in Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE